# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-748
_____

ARNALDO MANCEBO,

Appellant,

v.

AMERICAN AIRLINES GROUP and
SEDGWICK SMS,

Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: December 14, 2018.

September 10, 2021

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and BILBREY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Bill McCabe, Longwood, for Appellant.

Michael Antonio Hernandez, Miami, Anthony Forte, Fort Lauderdale, for Appellees.